# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 109 MAL 2018

       Respondent    :

       :    Petition for Allowance of Appeal from

       :    the Order of the Superior Court

       v.    :

TODD DONALD ATKINSON,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.